RECEIVED

OCT - 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLOTTE YELVERTON,<br>Plaintiff,<br><br>vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, AND DOES 1 THROUGH 10, INCLUSIVE.; and DOES 1 to 10, inclusive,<br>Defendant. | Civil Action No.:<br>6:13-cv-02528-RFD-PJH<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff **CHARLOTTE YELVERTON**, against Defendants **ADVANCED CALL CENTER TECHNOLOGIES, LLC.** and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff **CHARLOTTE YELVERTON** and Defendant **ADVANCED CALL CENTER TECHNOLOGIES, LLC.** shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 10/7/14

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE